# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>　　Dina A Miller<br><br><br>　　　　Debtor(s) | Case No. 13-40051 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/11/2013.

2) The plan was confirmed on 12/17/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 11/06/2018.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $15,557.00.

10) Amount of unsecured claims discharged without payment: $282,451.30.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $29,141.00 | |
| Less amount refunded to debtor | $941.00 | |
| **NET RECEIPTS:** | | **$28,200.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,232.71 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,232.71** |

Attorney fees paid and disclosed by debtor:     $1,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA COMMUNITY FINANCE | Unsecured | 300.00 | 882.66 | 882.66 | 150.47 | 0.00 |
| Accounts Receivable Management, Inc | Unsecured | 954.99 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE CASH SERVICES | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Radiologists S.C | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 253.14 | 163.00 | 0.00 | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | NA | 434.00 | 0.00 | 0.00 | 0.00 |
| Alliance One | Unsecured | 1,327.19 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| AmSher Collection Services, Inc. | Unsecured | 1,529.32 | NA | NA | 0.00 | 0.00 |
| Argosy University - Chicago | Unsecured | 2,329.95 | NA | NA | 0.00 | 0.00 |
| BLITT & GAINES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Brighton Financial LLC | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| CAR FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAR FINANCIAL SERVICES | Unsecured | 1,603.89 | NA | 1,153.59 | 196.66 | 0.00 |
| CAR FINANCIAL SERVICES | Secured | 4,606.00 | 5,759.59 | 4,606.00 | 4,606.00 | 50.69 |
| CCB Credit Services, INC. | Unsecured | 954.99 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 458.12 | 458.12 | 78.10 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 244.00 | 4,377.40 | 4,377.40 | 4,377.40 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 89.00 | 88.67 | 88.67 | 15.11 | 0.00 |
| Commonwealth Financial | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit Inc. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit Inc. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit, Inc. | Unsecured | 330.38 | NA | NA | 0.00 | 0.00 |
| Computer Credit, Inc. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit, Inc. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing, Inc. | Unsecured | 13,942.65 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 3,483.00 | 3,766.00 | 3,766.00 | 642.02 | 0.00 |
| Credit Protection Association, LP | Unsecured | 509.10 | NA | NA | 0.00 | 0.00 |
| Eastern Account System | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Eye Center Physicians, Ltd. | Unsecured | 114.09 | NA | NA | 0.00 | 0.00 |
| Eye Center Physicians, Ltd. | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Eye Center Physicians, Ltd. | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL & PYMT SYS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| GM Financial/Americredit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Specialty Finance, Inc. | Unsecured | 433.12 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | NA | 1,081.00 | 1,081.00 | 1,081.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 1,081.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 267.33 | 267.33 | 45.57 | 0.00 |
| INSIGHT CAPITAL LLC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,400.66 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,301.88 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,449.41 | NA | NA | 0.00 | 0.00 |
| J. Mark Heldenbrand, PC | Unsecured | 227.43 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 433.31 | 433.31 | 73.87 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,028.76 | 1,028.76 | 175.38 | 0.00 |
| Lakota Cash | Unsecured | 650.00 | 680.00 | 680.00 | 115.92 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 330.48 | 330.48 | 56.34 | 0.00 |
| Mark L. Spiegel | Unsecured | 252.41 | NA | NA | 0.00 | 0.00 |
| MCQ Collection Services | Unsecured | 10.50 | NA | NA | 0.00 | 0.00 |
| MCQ Collection Services | Unsecured | 106.95 | NA | NA | 0.00 | 0.00 |
| MCQ Collection Services | Unsecured | 65.55 | NA | NA | 0.00 | 0.00 |
| MCQ Collection Services | Unsecured | 33.41 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 73.44 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 1,756.42 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 330.38 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 52.99 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MOUNT SINAI HOSPITAL | Unsecured | 1,173.56 | NA | NA | 0.00 | 0.00 |
| MQC Collection Services | Unsecured | 29.67 | NA | NA | 0.00 | 0.00 |
| MQC Collection Services | Unsecured | 31.05 | NA | NA | 0.00 | 0.00 |
| MRS Associates of New Jersey | Unsecured | 13,559.04 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT LENDERS | Unsecured | 727.78 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 21.66 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Northeast Credit & C | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,400.00 | 5,395.14 | 4,714.42 | 792.73 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | 954.99 | 954.99 | 162.80 | 0.00 |
| PREMIER CREDIT CORP | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 61.56 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | NA | 68.82 | 68.82 | 11.73 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 3,010.24 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 30.10 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 3,040.34 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 996.68 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 319.35 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RUSH UNIVERSITY MED CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 3,053.10 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 3,067.79 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 981.99 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 185.90 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 218.75 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 164.24 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 265.20 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 265.20 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 164.09 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 65.70 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 293.92 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 129.83 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 35.89 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 22.24 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 109.73 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 246.75 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 209.32 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 615.82 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 685.65 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 101.11 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Souma Diagnostics, Ltd. | Unsecured | 57.44 | NA | NA | 0.00 | 0.00 |
| STUDENT FINANCIAL ASSISTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Unsecured | 642.55 | 642.55 | 642.55 | 109.54 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 1,056.44 | 1,056.44 | 180.10 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 792.34 | NA | NA | 0.00 | 0.00 |
| Turning Point Solutions | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 2.05 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | 64,213.70 | 64,213.70 | 10,946.98 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 34,775.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 28,931.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management, Inc. | Unsecured | 1,529.32 | NA | NA | 0.00 | 0.00 |
| WHITE HILLS CASH | Unsecured | 580.00 | 580.00 | 580.00 | 98.88 | 0.00 |
| Williams & Fudge, Inc. | Unsecured | 1,286.34 | NA | NA | 0.00 | 0.00 |
| Windham Professionals, Inc. | Unsecured | 79,076.47 | NA | NA | 0.00 | 0.00 |
| WOW INTERNET AND CABLE | Unsecured | 226.19 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,606.00 | $4,606.00 | $50.69 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,606.00** | **$4,606.00** | **$50.69** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$86,778.24** | **$19,310.60** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,232.71 |
| Disbursements to Creditors | $23,967.29 |
| | |
| **TOTAL DISBURSEMENTS** : | **$28,200.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/02/2019                    By: /s/ Tom Vaughn

Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**